UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACKSON HASKINS,

    Plaintiff,

vs.

BANANA REPUBLIC, LLC,

    Defendant.
_____/

CASE NO.: 8:17-CV-457-T-35TBM

[Removal from the Circuit Court of the Twelfth Judicial Circuit, Sarasota County State Court Case No. 2017-CA-000345-NC]

## NOTICE OF REMOVAL

  Defendant, BANANA REPUBLIC, LLC ("Banana Republic" or "Defendant"), by counsel, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby notices removal of the state court civil action known as *Jackson Haskins v. Banana Republic, LLC*, Case No. 2017-CA-000345-NC, from Circuit Court of the Twelfth Judicial Circuit, Sarasota County, Florida to the United States District Court for the Middle District of Florida, and in support thereof states as follows.

  1.  On or about January 23, 2017, Plaintiff, JACKSON HASKINS ("Haskins"), filed a Complaint (the "Complaint") against Banana Republic in the Circuit Court of the Twelfth Judicial Circuit, Sarasota County, Florida (the "State Court"). A true and correct copy of the Complaint is attached hereto as **Exhibit "A"**.

  2.  On January 31, 2017, Banana Republic's registered agent received the Summons and copy of the Complaint.

  3.  As set forth more fully below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441 because Banana Republic has satisfied the procedural requirements for removal and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331.

LIEBLER, GONZALEZ & PORTUONDO
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130  (305) 379-0400

## GROUNDS FOR REMOVAL

**I.   Banana Republic Has Satisfied The Procedural Requirements For Removal.**

1. This Court is the proper division because it embraces the Circuit Court of the Twelfth Judicial Circuit, Sarasota County, Florida, where Haskin's action is pending. *See* 28 U.S.C. §§ 1441 and 1446(a).

2. Banana Republic's registered agent received the Summons and Complaint on January 31, 2017. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b) because Banana Republic is filing its Notice of Removal within thirty (30) days of its receipt of the initial pleading setting forth the claim for relief upon which such action is based.

3. Copies of the summons, process, pleadings, and all other papers or exhibits on file with the State Court in this action are attached hereto as **Composite Exhibit "B"**. *See* 28 U.S.C § 1446(a); M.D. Fla. L. R. 4.02(b).

4. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Haskin, and a copy is being filed with the State Court Clerk. A copy of the State Court Notice of Filing of Notice of Removal, without its exhibits, is attached hereto as **Exhibit "C"**.

5. No previous request has been made for the relief requested herein.

**II.   Removal Is Proper Because This Court Has Subject Matter Jurisdiction.**

6. Under 28 U.S.C. § 1331, United States District Courts are vested with jurisdiction to consider cases or controversies "arising under" the laws of the United States of America. *See* 28 U.S.C. § 1331.

7. Removal of such cases is governed by 28 U.S.C. § 1441(b). Section 1441(b) makes clear that a case brought in state court, raising a federal question, "*shall* be removable" to

the United States District Courts "without regard to the citizenship or residence of the parties." *See* 28 U.S.C. § 1441(b) (emphasis added).

8. Here, Haskin's Complaint purports to assert a claim against Banana Republic for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227(b)(1)(A)(iii) ("TCPA"). *See* Complaint ¶¶ 26-30.

9. Haskin's Complaint alleges violations of a federal statute—the TCPA—and consequently "arises under" the laws of the United States. *See* 28 U.S.C. § 1331. Therefore, this Court may properly exercise jurisdiction over these claims.

10. To the extent that any other claims in this action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. § 1367.

11. Given that the requirements for federal question jurisdiction are satisfied, this case is properly removed.

WHEREFORE, Defendant Banana Republic Bank, LLC, by counsel, respectfully requests that the above-referenced action, originally filed in the Circuit Court of the Twelfth Judicial Circuit, Sarasota County, Florida, be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

DATED: February 23, 2017.

LIEBLER, GONZALEZ & PORTUONDO
*Attorneys for Banana Republic, LLC*
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
Tel: (305) 379-0400
Fax: (305) 379-9626

By: _____
MARC T. PARRINO
Florida Bar No.: 0018197
JESSICA D. RABINOWITZ
Florida Bar No.: 106163

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of February, 2017, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

Brian M. Hoag, Esq.
HOAG LAW FIRM, P.A.
375 83rd Avenue N.
St. Petersburg, Florida 33702

/s/ Jessica D. Rabinowitz
JESSICA D. RABINOWITZ