Filing # 51516990 E-Filed 01/23/2017 04:50:33 PM





1/17/2017                                USPS.com® - USPS Tracking®

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2017 USPS. All Rights Reserved.

Filing # 51516990 E-Filed 01/23/2017 04:50:33 PM



LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

## CREDITOR CALL LOG

**Call Received on a Cell Phone   Yes / No**
Date and Time: 9/30/16        9:50am            Conversation Notes:
Creditor's Name: Synchrony Bank / Banana Republic
Creditor's Phone Number:   330-433-5970
Representatives Name:
Account Number: ending in 1054

---

**Call Received on a Cell Phone   Yes / No**
Date and Time: 9/30/16        4:07pm            Conversation Notes:
Creditor's Name: Synchrony Bank / Banana Republic
Creditor's Phone Number:   330-433-5970
Representatives Name:
Account Number: ending in 1054

---

**Call Received on a Cell Phone   Yes / No**
Date and Time: 9/30/16        6:05pm            Conversation Notes:
Creditor's Name: Synchrony Bank / Banana Republic
Creditor's Phone Number:   330-433-5970
Representatives Name:
Account Number: ending in 1054

---

**Call Received on a Cell Phone   Yes / No**
Date and Time: 9/30/16        8:25pm            Conversation Notes:
Creditor's Name: Synchrony Bank / Banana Republic
Creditor's Phone Number:   330-433-5970
Representatives Name:

EXHIBIT "2"

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

Account Number: ending in 1054

## CREDITOR CALL LOG

**Call Received on a Cell Phone   Yes / No**

Date and Time: 10/1/16     8:49am            Conversation Notes:

Creditor's Name: Synchrony Bank / Banana Republic

Creditor's Phone Number:   330-433-5970

Representatives Name:

Account Number: ending in 1054

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 10/1/16     1:53pm            Conversation Notes:

Creditor's Name: Synchrony Bank / Banana Republic

Creditor's Phone Number:   330-433-5970

Representatives Name:

Account Number: ending in 1054

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 10/2/16     10:57am           Conversation Notes:

Creditor's Name: Synchrony Bank / Banana Republic

Creditor's Phone Number:   330-433-5970

Representatives Name:

Account Number: ending in 1054

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 10/2/16     12:29pm            Conversation Notes:

Creditor's Name: Synchrony Bank / Banana Republic

Creditor's Phone Number:   330-433-5970

Representatives Name:

Account Number: ending in 1054

---

# CREDITOR CALL LOG

**Call Received on a Cell Phone   Yes / No**

Date and Time: 10/2/16     3:10pm             Conversation Notes:

Creditor's Name: Synchrony Bank / Banana Republic

Creditor's Phone Number:   330-433-5970

Representatives Name:

Account Number: ending in 1054

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 10/3/16     8:50am             Conversation Notes:

Creditor's Name: Synchrony Bank / Banana Republic

Creditor's Phone Number:   330-433-5970

Representatives Name:

Account Number: ending in 1054

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 10/3/26     1:13pm             Conversation Notes:

Creditor's Name: Synchrony Bank / Banana Republic



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

Creditor's Phone Number:   330-433-5970

Representatives Name:

Account Number: ending in 1054

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 10/3/16     7:36pm                Conversation Notes:

Creditor's Name: Synchrony Bank / Banana Republic

Creditor's Phone Number:   330-433-5970

Representatives Name:

Account Number: ending in 1054

---

## CREDITOR CALL LOG

**Call Received on a Cell Phone   Yes / No**

Date and Time: 10/4/16     11:48am               Conversation Notes:

Creditor's Name: Synchrony Bank / Banana Republic

Creditor's Phone Number:   330-433-5970

Representatives Name:

Account Number: ending in 1054

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 10/4/16     7:13pm                Conversation Notes:

Creditor's Name: Synchrony Bank / Banana Republic

Creditor's Phone Number:   330-433-5970

Representatives Name:

Account Number: ending in 1054

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

**Call Received on a Cell Phone   Yes / No**
Date and Time: 10/4/16        8:29pm                    Conversation Notes:
Creditor's Name: Synchrony Bank / Banana Republic
Creditor's Phone Number:   330-433-5970
Representatives Name:
Account Number: ending in 1054

---

**Call Received on a Cell Phone   Yes / No**
Date and Time: 10/5/16        9:03am                    Conversation Notes:
Creditor's Name: Synchrony Bank / Banana Republic
Creditor's Phone Number:   330-433-5970
Representatives Name:
Account Number: ending in 1054

---

## CREDITOR CALL LOG

**Call Received on a Cell Phone   Yes / No**
Date and Time: 10/5/16        10:40am                   Conversation Notes:
Creditor's Name: Synchrony Bank / Banana Republic
Creditor's Phone Number:   330-433-5970
Representatives Name:
Account Number: ending in 1054

---

**Call Received on a Cell Phone   Yes / No**
Date and Time: 10/5/16        3:16pm                    Conversation Notes:
Creditor's Name: Synchrony Bank / Banana Republic
Creditor's Phone Number:   330-433-5970

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

Representatives Name:

Account Number: ending in 1054

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 10/5/16       4:31pm            Conversation Notes:

Creditor's Name: Synchrony Bank / Banana Republic

Creditor's Phone Number:    330-433-5970

Representatives Name:

Account Number: ending in 1054

---

**Call Received on a Cell Phone  Yes / No**

Date and Time: 10/6/16       8:58am            Conversation Notes:

Creditor's Name: Synchrony Bank / Banana Republic

Creditor's Phone Number:    330-433-5970

Representatives Name:

Account Number: ending in 1054

---

## CREDITOR CALL LOG

**Call Received on a Cell Phone  Yes / No**

Date and Time: 10/6/16       10:43am           Conversation Notes:

Creditor's Name: Synchrony Bank / Banana Republic

Creditor's Phone Number:    330-433-5970

Representatives Name:

Account Number: ending in 1054

---

**Call Received on a Cell Phone  Yes / No**



# LAW FIRM, P.A.

BRIAN M. HOAG
ATTORNEY AT LAW

Date and Time: 10/6/16     12:31pm         Conversation Notes:

Creditor's Name: Synchrony Bank / Banana Republic

Creditor's Phone Number:   330-433-5970

Representatives Name:

Account Number: ending in 1054

---

**Call Received on a Cell Phone   Yes / No**

Date and Time: 10/6/16     5:53pm          Conversation Notes:

Creditor's Name: Synchrony Bank / Banana Republic

Creditor's Phone Number:   330-433-5970

Representatives Name:

Account Number: ending in 1054

---

375 83rd Avenue North |St. Petersburg, FL 33702 | Phone: (727) 231-5420 | Fax: (727) 478-4569