UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACKSON HASKINS,

    Plaintiff,

v.                                              Case No: 8:17-cv-457-MSS-TBM

BANANA REPUBLIC, LLC,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On February 2, 2018, Plaintiff filed a Notice of Settlement, informing the Court that the Parties have reached a settlement in this action. (Dkt. 22) Therefore it is hereby

**ORDERED** that pursuant to Rule 3.08 (b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of February, 2018.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party