## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**JACKSON HASKINS,**

      **Plaintiff,**

**v.**                                                                            **Case No: 8:17-cv-457-MSS-CPT**

**BANANA REPUBLIC, LLC,**

      **Defendant.**

_____

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Joint Stipulation of Dismissal with Prejudice, (Dkt. 25) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.**  Each party shall bear its own attorneys' fees and costs associated with this matter.  This case shall remain **CLOSED**.

**DONE and ORDERED** at Tampa, Florida this 5th day of March, 2018.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party